IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DENISE BAKER, for herself and on behalf of all similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>    Defendant. | No. 1:17-cv-1160 (LMB/JFA) |

## ORDER

Upon consideration of the parties' Joint Notice of Settlement and Motion to Vacate Hearings and Deadlines and the entire record herein, it is this 4th day of June, 2018,

**ORDERED** that the Joint Notice of Settlement and Motion to Vacate Hearings and Deadlines be and is hereby **GRANTED**; and it is

**ORDERED** that the parties have up to and including June 19, 2018, to file a Settlement Agreement and Motion for Preliminary Approval of Class-Action Settlement; and it is

**FURTHER ORDERED** that all hearings and deadlines in the above-captioned case are hereby **VACATED**.

**SO ORDERED.**

/s/
Leonie M. Brinkema
United States District **Judge**