## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

**DENISE BAKER,**
*For herself and on behalf of all similarly situated individuals*,

    Plaintiff,

v.                                            Case No.: 1:17-cv-1160 (LMB/JFA)

**NAVIENT SOLUTIONS, LLC**

    Defendant.

### PLAINTIFFS' CONSENT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONALLY CERTIFYING CLASS FOR PURPOSES OF SETTLEMENT, APPOINTING CLASS COUNSEL, DIRECTING NOTICE TO THE CLASS, AND SCHEDULING FINAL FAIRNESS HEARING

Plaintiff Denise Baker, with the consent of Defendant Navient Solutions, LLC ("Defendant"), entered into a Settlement Agreement attached to the accompanying Memorandum in Support as Exhibit A. Pursuant to Fed. R. Civ. P. 23, and for the reasons supplied in the accompanying Memorandum, the Parties respectfully request that the Court enter a Preliminary Approval Order in the proposed form attached:

    (1) Preliminarily approving a proposed class settlement;

    (2) Scheduling a fairness hearing;

    (3) Certifying the proposed settlement class for purposes of the proposed class settlement;

    (4) Appointing class counsel; and

    (5) Approving the form and manner of notice proposed to be sent to all members of the settlement class.

Date: June 19, 2018                                         Respectfully submitted,

                                                            **DENISE BAKER**
                                                    By:    /s/ William L. Downing
                                                            William L. Downing

| William L. Downing, VSB 17704 | Henry A. Turner (appearing *pro hac vice* ) |
| Attorney for Plaintiff | Attorney for Plaintiff |
| CONSUMER LEGAL SOLUTIONS, PC | TURNER LAW OFFICES, LLC |
| 1071 Bay Breeze Drive | 403 W. Ponce de Leon Ave., Suite 207 |
| Suffolk, VA  23435 | Decatur, GA 30030 |
| Tel. 757-942-2554 | Tel.  404-378-6274 |
| Email: wdowninglaw@aol.com | Email: hturner@tloffices.com |

### CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel of record:

| Margaret Inomata, VSB # 84007 | Lisa M. Simonetti (admitted *pro hac vice*) |
| minomata@vedderprice.com | lsimonetti@vedderprice.com |
| VEDDER PRICE, PC | Christopher Rene Ramos (admitted *pro hac vice*) |
| 1401 I Street NW, Suite 1100 | cramos@vedderprice.com |
| Washington, DC 20005 | VEDDER PRICE (CA), LLP |
| Tel. 202-312-3320 | 1925 Century Park East, Suite 1900 |
| Fax 202-312-3322 | Los Angeles, California 90067 |
|  | Tel. 424-204-7700 |
|  | Fax 424-204-7702 |

*Counsel for Defendant Navient Solutions, LLC*

                                                             /s/ William L. Downing
                                                            William L. Downing, VSB No. 17704
                                                            CONSUMER LEGAL SOLUTIONS, PC
                                                            1071 Bay Breeze Drive
                                                            Suffolk, VA  23435
                                                            Tel. 757-942-2554
                                                            Fax 757-942-2554
                                                            Email: wdowninglaw@aol.com.com
                                                            *Counsel for the Plaintiff*