UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**DENISE BAKER,**
*For herself and on behalf of all
similarly situated individuals*,

    Plaintiff,

v.                                                  Case No.: 1: 17-cv-1160 (LMB/JFA)

**NAVIENT SOLUTIONS, LLC**

    Defendant.

**NOTICE OF HEARING ON PLAINTIFF'S CONSENT MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT,
CONDITIONALLY CERTIFYING CLASS FOR PURPOSES OF SETTLEMENT,
APPOINTING CLASS COUNSEL, DIRECTING NOTICE TO THE
CLASS, AND SCHEDULING FINAL FAIRNESS HEARING**

    PLEASE TAKE NOTICE that on Friday, June 29, 2018, at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff DENISE BAKER, by undersigned counsel, will present oral argument on her Consent Motion for Preliminary Approval of Class Action Settlement, Conditionally Certifying Class for Purposes of Settlement, Appointing Class Counsel, Directing Notice to the Class, and Scheduling Final Fairness Hearing (Dkt, # 61).

    The undersigned counsel has conferred with counsel for Defendant Navient Solutions, LLC who has concurred with setting the hearing for June 29, 2018.

Date: June 20, 2018                                  Respectfully submitted,

                                               **DENISE BAKER**

                              By:   /s/ William L. Downing
                                    William L. Downing

| | |
|---|---|
| William L. Downing, VSB 17704<br>Attorney for Plaintiff<br>CONSUMER LEGAL SOLUTIONS, PC<br>1071 Bay Breeze Drive<br>Suffolk, VA  23435<br>Tel. 757-942-2554<br>Email: wdowninglaw@aol.com | Henry A. Turner (appearing *pro hac vice* )<br>Attorney for Plaintiff<br>TURNER LAW OFFICES, LLC<br>403 W. Ponce de Leon Ave., Suite 207<br>Decatur, GA 30030<br>Tel.  404-378-6274<br>Email: hturner@tloffices.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of June, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel of record:

| | |
|---|---|
| Margaret Inomata, VSB # 84007<br>minomata@vedderprice.com<br>VEDDER PRICE, PC<br>1401 I Street NW, Suite 1100<br>Washington, DC 20005<br>Tel. 202-312-3320<br>Fax 202-312-3322 | Lisa M. Simonetti (admitted *pro hac vice*)<br>lsimonetti@vedderprice.com<br>Christopher Rene Ramos (admitted *pro hac vice*)<br>cramos@vedderprice.com<br>VEDDER PRICE (CA), LLP<br>1925 Century Park East, Suite 1900<br>Los Angeles, California 90067<br>Tel. 424-204-7700<br>Fax 424-204-7702 |

*Counsel for Defendant Navient Solutions, LLC*

    /s/ William L. Downing
William L. Downing, VSB No. 17704
CONSUMER LEGAL SOLUTIONS, PC
1071 Bay Breeze Drive
Suffolk, VA  23435
Tel. 757-942-2554
Fax 757-942-2554
Email: wdowninglaw@aol.com.com
*Counsel for the Plaintiff*