IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DENISE BAKER, for herself and on behalf of all similarly situated individuals, | : : |
| Plaintiff, | : : |
| v. | : No. 1:17-cv-1160 (LMB/JFA) : |
| NAVIENT SOLUTIONS, LLC, | : |
| Defendant. | : |

_____

**AMENDED PROPOSED OBJECTORS'
MOTION TO CONTINUE THE PRELIMINARY APPROVAL HEARING BY 60 DAYS
AND TO OBJECT TO THE PROPOSED SETTLEMENT**
_____

Proposed Objectors, Judy Silverman, Elizabeth Panzarella, and Joshua Panzarella, file this motion to continue the preliminary approval hearing by 60 days and object to the settlement.

WHEREFORE, for the reasons stated in the supporting memorandum, the Proposed Objectors respectfully request the foregoing relief.

Dated:  June 29, 2018                                  Respectfully submitted,

                                          By:    /s/ Robert P. Cocco
                                                 ROBERT P. COCCO

                                                 /s/David Mitchell
                                                 MANEY GORDON

                                                 *Counsel for Proposed Objectors*

/s/David P. Mitchell
David P. Mitchell, Esq.
Florida Bar No. 067249
MANEY & GORDON, P.A.
101 East Kennedy Blvd., Suite 3170
Tampa, Florida 33602
Telephone: (813) 221-1366
Fax: (813) 223-5920
David@MitchellConsumerLaw.com
Attorney for Plaintiff
*Pro hac vice* pending

/s/Robert P. Cocco
ROBERT P. COCCO, P.C.
Attorney for Plaintiff
By:  Robert P. Cocco, Esquire
Pa. Id. No. 61907
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Telephone: (215) 351-0200
Fax:  261-6055
rcocco@rcn.com
Attorney for Plaintiff
*Pro hac vice* pending

Counsel for Proposed Objectors

Dated: June 29, 2018

**CERTIFICATE OF SERVICE**

        I hereby certify that on this 29th day of June, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

        /s/David P. Mitchell
        David P. Mitchell, Esq.
        Florida Bar No. 067249
        MANEY & GORDON, P.A.
        101 East Kennedy Blvd., Suite 3170
        Tampa, Florida 33602
        Telephone: (813) 221-1366
        Fax: (813) 223-5920
        David@MitchellConsumerLaw.com
        Attorney for Plaintiff
        *Pro hac vice* pending

        /s/Robert P. Cocco
        ROBERT P. COCCO, P.C.
        Attorney for Plaintiff
        By:  Robert P. Cocco, Esquire
        Pa. Id. No. 61907
        1500 Walnut Street, Suite 900
        Philadelphia, PA 19102
        Telephone: (215) 351-0200
        Fax:  261-6055
        rcocco@rcn.com
        Attorney for Plaintiff
        *Pro hac vice* pending

        Counsel for Proposed Objectors