IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DENISE BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:17-cv-01160-LMB-JFA |
| ) | |
| NAVIENT SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in open court, plaintiff's Consent Motion for Preliminary Approval of Class Action Settlement, Conditionally Certifying Class for Purposes of Settlement, Appointing Class Counsel, Directing Notice to the Class, and Scheduling Final Fairness Hearing [Dkt. No. 61] is GRANTED and Proposed Objectors' Second Amended Motion to Continue the Preliminary Approval Hearing by 60 Days and to Object to the Proposed Settlement [Dkt. No. 72] is DENIED.[1] Accordingly, it is hereby

ORDERED that the parties electronically file a proposed date for the final approval hearing.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 2nd day of July, 2018.

Alexandria, Virginia

/s/ 
Leonie M. Brinkema
United States District Judge

---

[1] Proposed Objectors' Motion to Continue the Preliminary Approval Hearing by 60 Days and to Object to the Proposed Settlement [Dkt. No. 68] and Amended Motion to Continue the Preliminary Approval Hearing by 60 Days and to Object to the Proposed Settlement [Dkt. No. 70] are DENIED AS MOOT.