UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**DENISE BAKER,**
*For herself and on behalf of all similarly situated individuals*,

 Plaintiff,

v.              Case No.: 1: 17-cv-1160 (LMB/JFA)

**NAVIENT SOLUTIONS, LLC**

 Defendant.

### NOTICE OF PROPOSED OPT-OUT AND OBJECTION DEADLINE AND PROPOSED DATE FOR FINAL APPROVAL HEARING

PLEASE TAKE NOTICE that, pursuant to this Court's Order dated July 2, 2018 (Dkt. # 79), Plaintiff Denise Baker, with the concurrence of counsel for Navient Solutions, LLC, proposes an Opt-Out and Objection Deadline of November 30, 2018, and proposes a date and time for the final approval hearing of January 11, 2019, at 2:00 p.m., both as set forth in the attached (substituted) [Proposed] Preliminary Approval Order.

Date: July 2, 2018           Respectfully submitted,

               **DENISE BAKER**

            By:  /s/ William L. Downing
              William L. Downing

| | |
|---|---|
| William L. Downing, VSB 17704 | Henry A. Turner (appearing *pro hac vice*) |
| Attorney for Plaintiff | Attorney for Plaintiff |
| CONSUMER LEGAL SOLUTIONS, PC | TURNER LAW OFFICES, LLC |
| 1071 Bay Breeze Drive | 403 W. Ponce de Leon Ave., Suite 207 |
| Suffolk, VA 23435 | Decatur, GA 30030 |
| Tel. 757-942-2554 | Tel. 404-378-6274 |
| Email: wdowninglaw@aol.com | Email: hturner@tloffices.com |