UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**DENISE BAKER,**
*For herself and on behalf of all similarly situated individuals*,

    Plaintiff,

v.                                      Case No.: 1:17-cv-1160 (LMB/JFA)

**NAVIENT SOLUTIONS, LLC**

    Defendant.

## PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

Pursuant to Federal Rule of Civil Procedure 23 and this Court's Preliminary Approval Order dated July 3, 2018, Plaintiff moves this Court for entry of an Order granting final approval of the class settlement in this matter.

The grounds for this motion are set forth in Plaintiff's accompanying Memorandum in Support. A proposed order encompassing both this motion and the previously filed motion for attorneys fees, costs and expenses and a class representative service award (Dkt. No. 85) is attached.

Date: December 28, 2018                    Respectfully submitted,

                                                 **DENISE BAKER**

                            By:   /s/ William L. Downing
                                   William L. Downing

| | |
|---|---|
| William L. Downing, VSB 17704<br>Attorney for Plaintiff<br>CONSUMER LEGAL SOLUTIONS, PC<br>1071 Bay Breeze Drive<br>Suffolk, VA  23435<br>Tel. 757-942-2554<br>Email: wdowninglaw@aol.com | Henry A. Turner (appearing *pro hac vice* )<br>Attorney for Plaintiff<br>TURNER LAW OFFICES, LLC<br>403 W. Ponce de Leon Ave., Suite 207<br>Decatur, GA 30030<br>Tel.  404-378-6274<br>Email: hturner@tloffices.com |

### CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel of record:

| | |
|---|---|
| Margaret Inomata, VSB No. 84007<br>VEDDER PRICE, PC<br>1401 I Street NW, Suite 1100<br>Washington, DC 20005<br>Tel. 202-312-3320<br>Fax 202-312-3322<br>minomata@vedderprice.com | Lisa M. Simonetti (appearing *pro hac vice*)<br>VEDDER PRICE (CA), LLP<br>1925 Century Park East, Suite 1900<br>Los Angeles, California 90067<br>Tel. 424-204-7700<br>Fax 424-204-7702<br>lsimonetti@vedderprice.com |
| Christopher Rene Ramos (appearing *pro hac vice*)<br>Attorney for Defendant<br>VEDDER PRICE (CA), LLP<br>1925 Century Park East, Suite 1900<br>Los Angeles, California 90067<br>Tel. 424-204-7700<br>Fax 424-204-7702<br>cramos@vedderprice.com | |

*Counsel for Defendant Navient Solutions, LLC*

    /s/ William L. Downing
William L. Downing, VSB No. 17704
CONSUMER LEGAL SOLUTIONS, PC
1071 Bay Breeze Drive
Suffolk, VA  23435
Tel. 757-942-2554
Fax 757-942-2554
Email: wdowninglaw@aol.com.com
*Counsel for the Plaintiff*