**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| DENISE BAKER, for herself and on behalf of all similarly situated individuals,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, LLC,<br><br>　　　　Defendant. | Case No. 1:17-cv-1160(LMB/JFA) |

**DECLARATION OF SETTLEMENT ADMINISTRATOR**

I, Jason M. Stinehart, declare as follows:

I am a resident of the United States of America, and am over the age of 18. I am a Program Manager for Rust Consulting, Inc. ("Rust Consulting"), the Court-appointed notice and claims administrator in this action. Unless otherwise stated, I am fully familiar with, and have personal knowledge of, the matters stated in this declaration and am competent to testify about them if called upon to do so.

### I.　　EXPERIENCE OF RUST CONSULTING

1. Rust Consulting specializes in class action notification and claims administration, including telephone support and web-based support, direct mail services, claims processing, and settlement fund distribution. Founded in 1976, Rust Consulting began its claims administration practice in 1989 and has extensive experience in class action matters, having provided services in class actions ranging in size from 100 to 100 million settlement class members, and has provided notification and/or claims administration services for nearly 6,200 projects.

## II.     OVERVIEW OF RUST CONSULTING'S RESPONSIBILITIES

2.   Rust Consulting's responsibilities in this action to date have included the following:

(a)   Performing a reverse look up process on cellular telephone numbers provided by defense counsel to establish a list of Settlement Class members for the purpose of providing Mail Notice. After performing the reverse lookup process, the list of Settlement Class members was then updated using National Change of Address ("NCOA") database information to search for recent updates to this list.

(b)   Establishing the settlement website www.BakerTCPAsettlement.com to provide potential Settlement Class Members with access to the Website Notice and other settlement-related documents, as well as the ability to submit a claim form online.

(c)   Establishing the Post Office Box 44, Minneapolis, MN 55440-0044, to receive claim forms, undeliverable mail, objections, exclusions and correspondence from the Settlement Class.

(d)   Establishing and maintaining the dedicated telephone number at 1-866-404-0137 at which persons in the Settlement Class may call to receive more information regarding the Settlement.

(e)   Mailing the Court-approved Mail Notice within 60 days of Preliminary Approval to all persons in the Settlement Class who could reasonably be identified through reverse phone number lookups, which informed persons in the Settlement Class of the toll-free number, settlement website, and their rights under the Settlement. The Mail Notice included a tear-off claim form and directed recipients to the settlement website for additional information on how to submit a claim online.

(f)   Publishing the Publication Notice in two separate national editions of USA Today and one national edition of the U.S. Wall Street Journal.

(g)   Processing claims received by mail and online.

### III. MAIL NOTICE

3. On August 31, 2018, Rust Consulting received a list of 346,163 unique persons with associated cellular telephone number(s) who met the definition of a Settlement Class Member as indicated in Defendant's records. Of the 346,163, there were 4,555 which were deduped based on name and address. Of the 346,163, there were 90,464 records which did not contain a name and address and were sent for reverse phone lookup. Of the 90,464 there were 8,930 records which could not be located in reverse look-up and therefore did not have a viable address to mail notice. Additionally, Rust Consulting processed the Settlement Class Member data through an NCOA process to review for recent address updates to this list.

4. On October 1, 2018, Rust Consulting caused the Mail Notice, with detachable claim form, to be mailed to 225,341 Settlement Class Members via First-Class Postage Pre-Paid mail. As a result of an inoperable print folding machine, the remaining 107,337 were subsequently mailed on October 2, 2018, which completed the mailing of 332,678 Notices. A true and correct copy of the Mail Notice is attached as Exhibit A.

5. As of December 13, 2018, Rust Consulting has received 772 undeliverable Mail Notices with an expired forwarding address indicated by the United States Postal Service. Of these addresses, 701 were updated and a Mail Notice Package was re-mailed. The remaining 71 undeliverable Mail Notices with an expired forwarding address were returned after the November 30, 2018, claims deadline.

6. As of December 13, 2018, Rust Consulting has received 104,542 undeliverable Mail Notices which did not indicate an expired forwarding address, and were not deliverable as addressed. Of these undeliverable Mail Notices, 101,958 were run through an advanced address search (i.e., skip trace) process to attempt to locate a more current address. Based on the advanced address search effort, a total of 63,923 Mail Notice Packages have been re-mailed to an updated address. The remaining 2,584 undeliverable Mail Notices which did not indicate an expired forwarding address were returned after the November 30, 2018, claims deadline.

7. As of December 13, 2018, approximately 88 percent or 292,059 of the Mail

Notices are presumed to have been delivered successfully.

## IV.     PUBLISHED NOTICE

8. To supplement the direct mail notice campaign, Rust Consulting caused the Published Notice to be printed in two separate national editions of *USA Today*, with a circulation of 975,139, on October 1, 2018 and October 12, 2018. Rust Consulting also published the Published Notice in one national edition of the *U.S. Wall Street Journal*, with a circulation of 1,321,827, on October 1, 2018. These publication notices are attached as Exhibit B.

## V.     CLASS MEMBER COMMUNICATIONS

9. As of December 13, 2018, Rust Consulting has received 13 timely opt-out requests and no untimely opt-out requests. A list of the opt-outs is attached as Exhibit C, with a corresponding indication of those who are Class Members.

10. As of December 13, 2018, Rust Consulting has received no objections to the settlement from any Class Members.

11. As of December 13, 2018, Rust Consulting has received 51 pieces of general correspondence. These are general requests for address updates, or Mail Notice re-mails.

12. As of December 13, 2018, Rust Consulting has received 10,344 website hits.

13. As of December 13, 2018, Rust Consulting has received 1,152 calls to the toll-free number.

## VI.     CLAIMS RECEIVED

14. As of December 13, 2018, Rust Consulting has received a total of 17,242 unique claims, of which 17,004 are both valid and timely. The claims breakdown is as follows:

   a) Accepted:
   - Online Claims: 4,326
   - Mailed Claims: 12,916

   b) Denied:
   - Late Claims from Class Members: 123
   - Invalid Claims (not signed): 83

- Invalid Claims (phone number not located):  32

15.     On December 14, 2018, Rust Consulting mailed 115 Cure Letters to class member to provide an opportunity to correct their deficiencies either in an unsigned claim form or a telephone number which could not be located on the Settlement Class Member List.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 14, 2018 in Minneapolis, Minnesota.

_____

Jason M. Stinehart

# Exhibit A
# Mailed Notice

## INSIDE FRONT

**Why did you receive this notice?** On October 12, 2017, Plaintiff Denise Baker filed this lawsuit. Baker was listed as a credit reference on a borrower's student loan application, and Navient Solutions, LLC ("NSL") subsequently called her cellular telephone, using a dialing process that it contends is manual, in connection with efforts to locate that borrower. Baker alleges that NSL violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, et seq., in making these calls because the dialing technology constitutes an automatic telephone dialing system ("ATDS"), within the meaning of the TCPA, and NSL did not have the requisite prior express consent to call her. The parties have agreed to a settlement.

**Why did you receive this notice?** You received this notice because you may be a member of the following class: Each person who was: (1) listed as a credit reference on a student loan application; and (2) called by NSL on a cellular telephone number using dialing technology manufactured and/or licensed by Interactive Intelligence, from October 16, 2013 to July 3, 2018. Excluded from the class definition are: (1) persons who were listed as credit references on student loan applications and who also have student loans serviced by NSL; (2) persons or entities included within the class defined in the Final Approval Order (Dkt. # 177) in Johnson v Navient Solutions, Inc., Case No.: 1:15-cv-0716 (S.D. Ind.); and (3) any employees, officers or directors of NSL, any attorneys appearing in this case and any judge assigned to hear this action.

**What does the settlement provide?** NSL will establish a settlement fund in the amount of $2,500,000. Out of the settlement fund, NSL will pay: (a) settlement compensation to the class members; (b) costs and expenses of administrating the class action settlement; (c) an award of attorneys' fees in an amount up to one-third of the settlement fund, or $833,333, subject to the Court's approval; (d) costs and expenses incurred litigating this matter, not to exceed $35,000, subject to the Court's approval; and (e) a service award to Baker in an amount up to $15,000, subject to the Court's approval. How much each class member receives depends on how many people make approved claims. Plaintiff estimates that the amount of the cash award may be $50.00. At the end of the administration, any remaining funds will be donated to the National Endowment for Financial Education.

**What are your legal rights and options?** You have four options. First, you may timely complete and return the claim form found on the backside of this postcard, or timely submit a claim online at www.BakerTCPAsettlement.com or by calling 1-866-404-0137, in which case you will receive a proportionate share of the settlement fund after deducting the above-listed expenses and will release any claim(s) that you have against NSL related to the claims. Second, you may do nothing, in which case you will not receive a share of the settlement fund, but you will release any related claim(s) that you have against NSL. Third, you may exclude yourself from the settlement, in which case you will neither receive a share of the settlement fund, nor release any claim(s) that you have against NSL. Fourth, if you do not exclude yourself from the settlement, you may object to the settlement. To obtain additional information regarding the manner in which you may exercise your legal rights and options, please visit www.BakerTCPAsettlement.com, or contact the settlement administrator by writing to: Baker Settlement Administrator - 6187, PO Box 44, Minneapolis, MN 55440-0044 or by calling 1-866-404-0137.

**When is the final fairness hearing?** The Court will hold a final fairness hearing on The hearing date should be February 8, 2019 at 10:00 a.m. The hearing will take place in the United States District Court for the Eastern District of Virginia, 401 Courthouse Square, Alexandria, VA 22314, before the Honorable Leonie M. Brinkema. At the final fairness hearing, the Court will consider whether the settlement is fair, reasonable and adequate and, if so, whether it should be granted final approval. The Court will also hear objections to the settlement, if any. The Court may make a decision at that time, postpone a decision or continue the hearing.

## INSIDE BACK

Place Stamp Here

Baker v. Navient Solutions, LLC - 6187
PO Box 44
Minneapolis, MN 55440-0044

**This is a notice of a settlement of a class action lawsuit.**

**This is <u>not</u> a notice of a lawsuit against you.**

**If you received a call on your cell phone from Navient Solutions, LLC between October 16, 2013 and July 3, 2018, you may be entitled to compensation as a result of the settlement in the class action lawsuit captioned:**

*Baker v. Navient Solutions, LLC*,
No. 1:17-cv-1160 (E.D. Va.)

**A federal court authorized this notice. This is not a solicitation from a lawyer.**

**Please read this notice carefully. It summarily explains your rights and options to participate in a class action settlement.**

*Baker v. Navient Solutions, LLC - 6187*
*PO Box 44*
*Minneapolis, MN 55440-0044*



- <<SequenceNo>>

<<NAME1>>
<<NAME2>>
<<ADDRESS1>>
<<ADDRESS2>>
<<CITY>> <<STATE>> <<ZIP>>
<<COUNTRY>>



Carefully separate at perforation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

Denise Baker v. Navient Solutions, LLC,
Case No.: 1:17-cv-1160 (LMB/JFA)

OUTSIDE BACK

## CLAIM FORM

Claimant ID: «clmntid»              Name/Address Changes:

«First Name» «Last Name»            _____

«Address1»                          _____

«City», «State» «Zip»               _____

I am a member of the settlement class in Baker v. Navient Solutions, LLC ("NSL"). I affirm that I received one or more telephone calls from NSL to a cellular telephone between October 16, 2013 and July 3, 2018.
IF YOU MOVE, send your CHANGE OF ADDRESS to the Settlement Administrator at the address on the backside of this form.

Signature: _____     Telephone number on which I received the call(s):

Date: _____     _____

To Receive A Payment, You Must Enter All Requested Information Above, Sign And Mail This Claim Form, Postmarked On Or Before November 30, 2018
Or Submit A Claim Online At www.BakerTCPAsettlement.com On Or Before November 30, 2018.

To exclude yourself from the class action settlement you must mail a written request for exclusion to the Settlement Administrator, postmarked on or before November 30, 2018.
Your request must include the information required by the Court's July 3, 2018 Order.

*6187*     *CF*     [barcode]

# Exhibit B
# Published Notices

# This is a notice of a proposed settlement of a class action lawsuit.

## *Baker v. Navient Solutions, LLC*, No. 1:17-cv-1160 (LMB/JFA)

**What is the lawsuit about?**

Plaintiff Denise Baker ("Baker") filed this lawsuit on October 16, 2017. Baker was listed as a credit reference on a Navient Solutions, LLC's ("NSL") borrower's student loan application, and NSL subsequently called her cellular telephone, using a dialing process that it contends is manual, in connection with efforts to locate that borrower. Baker alleges that NSL violated the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, et seq., in making these calls because the dialing technology constitutes an automatic telephone dialing system, within the meaning of the TCPA, and NSL did not have the requisite prior express consent to call her. The parties have agreed to a settlement.

**What does the settlement provide?**

NSL will establish a settlement fund in the amount of $2,500,000. Out of the settlement fund, NSL will pay: (1) settlement compensation to class members; (2) the costs and expenses of administrating the class action settlement; (3) an award of attorneys' fees in an amount up to one-third of the settlement fund, or $833,333, subject to the Court's approval; (4) costs and expenses incurred litigating this matter, not to exceed $35,000, subject to the Court's approval; and (5) a service award to Baker, in an amount up to $15,000, subject to the Court's approval. How much each class member receives depends on how many people make approved claims. Plaintiff estimates that the amount of the cash award may be $50.00.

**When and where will the Court decide whether to approve the settlement?**

The Court will hold a final fairness hearing on **February 8, 2019 at 10:00 a.m.** The hearing will take place in the United States District Court for the Eastern District of Virginia, 401 Courthouse Square, Alexandria, VA 22314, before the Honorable Leonie M. Brinkema. At the final fairness hearing, the Court will consider whether the settlement is fair, reasonable and adequate and, if so, whether final approval of the settlement should be granted.

**What are your rights and options in this settlement?**

If you received a call on your cellular phone from NSL between October 16, 2013 and July 3, 2018, as a credit reference on a student loan, here are your rights and options:

**Submit a Claim Form.** You must mail a valid claim form to the Baker Settlement Administrator, Baker Settlement Administrator, PO Box 44, Minneapolis, MN 55440-0044 **postmarked by November 30, 2018**. Or you must submit a valid claim through www.BakerTCPAsettlement.com **by November 30, 2018**.

**Exclude Yourself From The Settlement.** You may exclude yourself from the settlement, in which case you will not receive a payment. If you wish to exclude yourself from the settlement, you must mail a written request for exclusion to the settlement administrator, **postmarked by November 30, 2018**.

**Object to the Settlement.** If you do not exclude yourself from the settlement, you can object to the settlement if you do not believe it is fair, reasonable, and adequate. If you wish to object, you must mail a written notice of objection, **postmarked by November 30, 2018**, to class counsel, NSL's attorneys, and to the Court.

**Do Nothing.** If you do nothing and the Court approves the Settlement Agreement, you will not receive a share of the settlement fund, but you will release any claim you have against NSL related to the allegations.

This is only a summary of the proposed settlement. For more information, you may write to: Baker Settlement Administrator, PO Box 44, Minneapolis, MN 55440-0044. You can also call: 1-866-404-0137 or visit: www.BakerTCPAsettlement.com.

Do not contact the Court, NSL or NSL's counsel.

---

**For More Information: www.BakerTCPAsettlement.com 1-866-404-0137**

# Exhibit C
# Exclusions

| Sequence | Name | State | Zip | Class Member |
|---|---|---|---|---|
| 1 | ALEILANIE CAMACHO | PR | 961 | Yes |
| 2 | CATHY TARVER | MS | 39532 | Yes |
| 3 | DAVID KELLAWAY | CO | 81523 | Yes |
| 4 | DOMINIC PONTELLO | MO | 63301 | Yes |
| 5 | DOUGLAS SOO | FL | 32407 | Yes |
| 6 | GWENDOLYN IRVIN | OR | 97526 | Yes |
| 7 | HALEY HARTSOOK | TN | 37934 | Yes |
| 8 | HELGA MALDONADO | PR | 725 | Yes |
| 9 | LAURA SALYERS | WV | 25801 | Yes |
| 10 | RENITA COVINGTON | MO | 64138 | Yes |
| 11 | SANDRA SWEET | NY | 12302 | Yes |
| 12 | PANZARELLA, JOSHUA | PA | 19473 | No |
| 13 | PANZARELLA, ELIZABETH | PA | 19473 | No |