IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DENISE BAKER, for herself and on behalf of )
all similarly situated individuals )
)
      Plaintiff, )
) 1:17-cv-1160 (LMB/JFA)
v. )
)
NAVIENT SOLUTIONS, LLC )
)
      Defendant. )

ORDER APPROVING *CY PRES* RECIPIENT
AND AUTHORIZING *CY PRES* DISTRIBUTION

The Court, having considered the Joint Motion for Entry of Order Approving *Cy Pres* Recipient and Authorizing *Cy Pres* Distribution [Dkt. No. 98], and all other papers submitted by the parties in connection therewith, finds good cause for the relief requested. Accordingly, the Motion [Dkt. No. 98] is GRANTED, and it is hereby

ORDERED that the National Endowment for Financial Education ("NEFE") is approved as the *cy pres* recipient in this civil action and the Settlement Administrator, Rust Consulting, Inc., is authorized to distribute to NEFE the $89,255.60 remaining in remaining in the Settlement Fund as of August 14, 2019.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 23rd day of August, 2019.

Alexandria, Virginia

/s/ *[signature]*
Leonie M. Brinkema
United States District Judge